IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAUZELL TILLOTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00098-P |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Local Rule 83.9(a) allows a licensed attorney who is not admitted to practice in the Northern District of Texas to represent a party in proceedings in this Court only by permission of the presiding judge. *See* N.D. Tex. R. 83.9(a).  Plaintiff's sole attorney of record is Yaakov Saks. The Court denied Mr. Saks's application for admission *pro hac vice* on January 29, 2021 and ordered Mr. Saks to file an application to be admitted to practice in this Court or for Plaintiff to designate counsel that is admitted to practice in this Court. ECF No. 6. Mr. Saks and Plaintiff were given fourteen days from the date of the order to comply and were warned that failure to comply could result in the dismissal of the case without prejudice. *Id.*

A review of the record reveals that Plaintiff has designated no other counsel, and Mr. Saks is still not admitted in the Northern District of Texas and therefore is not in compliance with Local Rule 83.9(a). Because Plaintiff has failed to follow the Local Rules of the Northern District and has failed to comply with this Court's January 29, 2021 order,

the Court **ORDERS** that this case is **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.[1]

**SO ORDERED** on this **22nd day** of **February, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] "Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders." *Olsen v. Maples*, 333 F.3d 1199 n.3 (10th Cir. 2003) (citing *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962)).