UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT WORTH DIVISION

---------------------------------------------------------------------------x
Cauzell Tillotson

                Plaintiff,                              C.A. No.: 4:21-cv-98

    -against-                                               **DEMAND FOR JURY TRIAL**

Equifax Information Services, LLC,
TransUnion, LLC,
Acceptance Now,
Pennsylvania Higher Education Assistance Agency
d/b/a Fedloan Servicing,

                Defendant(s).
---------------------------------------------------------------------------x

## PLAINTIFF'S MOTION FOR REINSTATEMENT

Now comes Plaintiff Cauzell Tillotson, by and through the undersigned counsel and files this Motion for Reinstatement and states:

1. This matter arises out of allegations that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA") in the alleged inaccurate reporting and negligent and willful failure to reinvestigate Plaintiff's disputed accounts.

2. Plaintiff filed his Complaint on January 29, 2021 (DE 1).

3. Together with the Complaint, Plaintiff's counsel, Yaakov Saks, filed a motion for Pro Hac Vice Admission (DE 3).

4.      On January 29, 2021, this Court denied Attorney Saks's application and ordered Attorney Saks to either file an application to be admitted to practice in this Court or shall designate counsel that is admitted to practice in this Court. (DE 6)

5.      On February 22, 2021, the Court dismissed this case without prejudice due to Attorney Saks's failure to designate other counsel or to be admitted to this Court. (DE 9,10)

6.      On February 23, 2021, Raphael Deutsch, an attorney in Mr. Saks's office who is fully admitted to this Court entered an appearance in this case.

7.      Mr. Saks was waiting for Mr. Deutsch's admission to designate him as the attorney in this case and Mr. Deutsch was only able to confirm his admission last week on February 16, 2021.

8.      Due to poor timing and excusable neglect, Mr. Saks did not designate at attorney in the proper time allowed by the Court, but now the case has an attorney that is fully admitted to this Court.

9.      Plaintiff will be prejudiced if he is forced to pay another $400.00 filing fee to re-file this action and the additional fees associated with re-serving the defendants where his counsel committed excusable law office error.

10.     Additionally, no Defendant will be prejudiced by the Court's reinstatement of this action to the active docket.

11.     In submitting this motion Plaintiff and his counsel certify that they will fully comply with all Orders issued by this Court in this case moving forward.

12.     Attached is a proposed Order granting the instant Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court issue an Order Reinstating this Case to the Active Docket.

Dated:  February 23, 2021

Respectfully submitted,

        /s/Raphael Deutsch
        **Stein Saks, PLLC**
        By:  Raphael Deutsch, Esq.
        285 Passaic Street
        Hackensack, NJ 07601
        Phone: (201) 282-6500 ext. 101
        Fax: (201)-282-6501
        rdeutsch@steinsakslegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Raphael Deutsch*
        Raphael Deutsch, Esq.

3

4