UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT WORTH DIVISION

------------------------------------------------------------------------x

Cauzell Tillotson

               Plaintiff,                               C.A. No.: 4:21-cv-98

   -against-                                      **DEMAND FOR JURY TRIAL**

Equifax Information Services, LLC,
TransUnion, LLC,
Acceptance Now,
Pennsylvania Higher Education Assistance Agency
d/b/a Fedloan Servicing,

               Defendant(s).

------------------------------------------------------------------------x

**[PROPOSED]
ORDER GRANTING REINSTATEMENT OF THE CASE TO THE ACTIVE DOCKET**

_____

THE COURT having reviewed the Motion for Reinstatement and being fully advised in the premises, DOES HEREBY ORDER that this case is reinstated to the Court's active docket.

BY THE COURT:


_____                            _____
DATE                                         HON. MARK PITTMAN
                                                 UNITED STATES DISTRICT JUDGE